O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-05786 AHM (MANx) | Date | November 15, 2011 |
|---|---|---|---|
| Title | PRIME HEALTHCARE CENTINELA, LLC v. ANTHEM BLUE CROSS-BLUE SHIELD OF GEORGIA et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court ORDERS the parties in this case to file a joint status report, by no later than noon on November 18, 2011, which identifies every lawsuit that was filed in this district by Prime Healthcare Centinela, LLC since January 1, 2008 involving claims against insurers for unpaid hospital bills.  The joint report should disclose the following details for each case:

1. The status of the case.
2. The mechanism that was used or will be used to comply with Local Rule 16–15.
3. If the case has not been resolved, the date set for trial.
4. The date of any mediation.
5. Whether any of the motions that have been filed or are likely to be filed in this case have been filed in any other case, and how these motions were decided.

At the scheduling conference for this case, currently set for November 21, 2011, the parties should be prepared to address whether this case should be consolidated with the following related cases:

1. *Prime Healthcare Centinela, LLC v. Blue Cross-Blue Shield of Alabama et al*, CV10-8385.
2. *Prime Healthcare Centinela LLC v. Blue Cross-Blue Shield of Alabama*,

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-05786 AHM (MANx) | Date | November 15, 2011 |
|---|---|---|---|
| Title | PRIME HEALTHCARE CENTINELA, LLC v. ANTHEM BLUE CROSS-BLUE SHIELD OF GEORGIA et al. | | |

      CV11-5787.

3.   *Prime Healthcare Centinela LLC v. Blue Cross Blue Shield of Michigan*, CV11-5788.

       _____ : _____

Initials of Preparer      SMO